COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HAROLD LOCKE, INDIVIDUALLY AND HAROLD LOCKE & ASSOCIATES, INC., | § § § | No. 08-10-00002-CV |
| Appellants, | § | Appeal from the |
| v. | § | 136th Judicial District Court |
| | § | of Jefferson County, Texas |
| CAROLINE MILLER, | § | (TC# D-183,419) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is an agreed motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(2)(B). The parties represent they have agreed to set aside the trial court's judgment and remand the case to the trial court for further proceedings. Having reviewed the motion, we conclude the parties have complied with the requirements of TEX.R.APP.P. 42.1(a)(2)(B), and conclude the motion should be GRANTED. Therefore, pursuant to TEX.R.APP.P. 42.1(a)(2)(B), the trial court's judgment is hereby set aside without regard to the merits, and the case is remanded to that court for further proceedings consistent with the parties' agreement. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

March 17, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.